UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

CASE NO: 7:21-cv-00074-BO

**JO ANNE SILVA,**
individually and on behalf of all
others similarly situated,

       Plaintiff,

v.

**CONNECTED INVESTORS, INC.,**

       Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF CLASS ACTION SETTLEMENT

Plaintiff Jo Anne Silva and Defendant Connected Investors, Inc., (the "Parties") jointly notify this Court that they have reached an agreement to resolve this matter on a class-wide basis. To that end, the Parties respectfully request that this Court stay all case deadlines and provide them 30 days (i) to additionally memorialize the terms of their settlement agreement, (ii) to establish a class action notice and administration plan, and (iii) for Plaintiff, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, to file her unopposed motion for preliminary approval of the class action settlement.

WHEREFORE, the Parties respectfully request that this Court stay all deadlines and provide them 30 days— until October 31, 2022—to finalize their class action settlement agreement and for Plaintiff to file her unopposed motion for preliminary approval of the Parties' class action settlement.

1

Dated: September 29, 2022

Respectfully submitted,

| | |
|---|---|
| s/ David M. Wilkerson<br>DAVID M. WILKERSON<br>NC State Bar No. 35742<br>Attorney for Plaintiff<br>The Van Winkle Law Firm<br>11 N. Market Street<br>Asheville, North Carolina 28801<br>(828)258-299 (phone)<br>(828)257-2767 (fax)<br>dwilkerson@vwlawfirm.com<br>Local Civil Rule 83.1(d) Counsel<br><br>**HIRALDO P.A**.<br><br>/s/ Manuel S. Hiraldo<br>Manuel S. Hiraldo<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, Florida 33301<br>mhiraldo@hiraldolaw.com<br>Telephone: 954.400.4713<br><br>Ignacio Hiraldo, Esq.<br>IJhiraldo@Ijhlaw.com<br>IJH Law<br>1200 Brickell Ave. Suite 1950<br>Miami, FL 33131<br>E: IJhiraldo@IJhlaw.com<br>T: 786-496-4469<br>Pro Hac Vice | DENTONS US LLP<br>/s/ Joel D. Siegel<br>Joel D. Siegel (CA Bar No. 155581)<br>(*Specially Appearing*)<br>Paul M. Kakuske (CA Bar No. 190911)<br>(*Specially Appearing*)<br>601 S. Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>Ph: (213) 892-5050<br>joel.siegel@dentons.com<br>paul.kakuske@dentons.com<br>Mark A. Silver (GA Bar No. 811928)<br>(*Specially Appearing*)<br>303 Peachtree Street, NE, Suite 5300<br>Atlanta, GA 30308<br>Ph: (404) 527-4671<br>mark.silver@dentons.com<br><br>SMITH, ANDERSON, BLOUNT,<br>DORSETT,<br>MITCHELL & JERNIGAN, LLP<br>/s/ John E. Harris<br>Christopher G. Smith<br>N.C. Bar No. 22767<br>John E. Harris<br>N.C. Bar No. 49253<br>P.O. Box 2611<br>Raleigh, NC 27602<br>Ph: (919) 821-1220; Fax: (919) 821-6800<br>csmith@smithlaw.com<br>jharris@smithlaw.com<br>*Local Civil Rule 83.1(d) Counsel* |
| *Counsel for Plaintiff and the proposed Class* | *Counsel for Defendant* |