# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

|  |  |
|---|---|
| JO ANNE SILVA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CONNECTED INVESTORS, INC.,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 7:21-cv-74<br><br><br>**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

Plaintiff Jo Anne Silva ("Plaintiff"), through the undersigned attorneys, hereby move for entry of an Order granting Preliminary Approval of a Proposed Settlement embodied in a Settlement Agreement, attached as Exhibit A to the Memorandum filed contemporaneously herewith. The Court's approval of the proposed settlement is warranted for the reasons fully stated in said Memorandum.

The Plaintiff respectfully requests that said Order include the following: (1) conditionally certify the Settlement Class, (2) appoint Plaintiff as Class Representative, (3) appoint Class Counsel, (4) preliminarily approve the Settlement, (5) approve the Notice Program and direct that Notice be provided to the Settlement Class Members, (6) approve and order the opt-out and objection procedures set forth in the Agreement, (7) stay all deadlines in the Action pending Final Approval of the Settlement, and (8) set a date for a Final Approval Hearing.

Respectfully Submitted,

Dated:  December 7, 2022

By:  *s/ David Wilkerson*
Larry McDevitt
N.C. State Bar No. 5032
David Wilkerson
N.C. State Bar No. 35742
**THE VAN WINKLE LAW FIRM**
11 North Market Street
Asheville, NC 28801
 (828) 258-2991
lmcdevitt@vwlawfirm.com
dwilkerson@vwlawfirm.com

By:  *s/ Ignacio Hiraldo*
Ignacio Hiraldo, Esq.
**IJH Law**
1200 Brickell Ave.
Suite 1950
Miami, FL 33131
E: IJhiraldo@IJhlaw.com
T: 786-496-4469
*Pro Hac Vice*

By*: /s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
**HIRALDO P.A.**
Florida Bar No. 030380
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
T:  954-400-4713
E: mhiraldo@hiraldolaw.com
*Pro Hac Vice*

By*: /s/ Michael Eisenband*
Michael Eisenband, Esq.
**EISENBAND LAW P.A.**
Florida Bar No. 94235
515 E. Las Olas Blvd., Suite 120
Fort Lauderdale, FL 33301
T:  954-533-4092
E: MEisenband@Eisenbandlaw.com
*Pro Hac Vice*

**Attorneys for Plaintiff and the Putative Class**

2