## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

JO ANNE SILVA, individually and on behalf of all others similarly situated,

                             Plaintiff,

v.

CONNECTED INVESTORS, INC.,

                             Defendant.

CASE NO. 7:21-cv-74-D

**UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Jo Anne Silva ("Plaintiff"), through the undersigned attorneys, hereby moves for entry of an Order granting Final Approval of Class Action Settlement, attached as Exhibit A to the Memorandum filed contemporaneously herewith.[1] The Court's final approval of the proposed settlement is warranted for the reasons fully stated in said Memorandum.

The motion and memorandum of law seek the entry of an order providing for:

1. Directing payment be issued to Settlement Class Members in accordance with the terms of the Agreement;

2. Certifying the Settlement Class for purposes of settlement only;

3. Finding that the Notice provided was the best notice practicable and comported with due process requirements;

4. Appointing the named Plaintiff Jo Anne Silva as class representatives;

5. Appointing Ignacio Hiraldo, Michael Eisenband, and Manuel Hiraldo as Class Counsel;

---

[1] Defendant Connected Investors, Inc. agrees with the relief sought herein

6.  Finding that the terms of the Settlement were fair, adequate, and reasonable;

7.  Releasing the Settling Parties and the Released Parties from Released Claims;

8.  Barring and enjoining Releasing Parties from asserting Released Claims;

9.  Entering judgment with prejudice and without costs except as provided in the Agreement;

10. Approving Class Counsel's application for attorneys' fees and costs and Plaintiffs' Service Awards in accordance with the Agreement; and

11. Reserving jurisdiction to administer, supervise, and enforce the Agreement according to its terms.

Respectfully Submitted,

Dated:  March 27, 2023

By:  *s/ David Wilkerson*
Larry McDevitt
N.C. State Bar No. 5032
David Wilkerson
N.C. State Bar No. 35742
**THE VAN WINKLE LAW FIRM**
11 North Market Street
Asheville, NC 28801
 (828) 258-2991
lmcdevitt@vwlawfirm.com
dwilkerson@vwlawfirm.com

By:  *s/ Ignacio Hiraldo*
Ignacio Hiraldo, Esq.
**IJH Law**
1200 Brickell Ave.
Suite 1950
Miami, FL 33131
E: IJhiraldo@IJhlaw.com
T: 786-496-4469
*Pro Hac Vice*

By*: /s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
**HIRALDO P.A.**
Florida Bar No. 030380

2

401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
T:  954-400-4713
E: mhiraldo@hiraldolaw.com
*Pro Hac Vice*

By: */s/ Michael Eisenband*
Michael Eisenband, Esq.
**EISENBAND LAW P.A.**
Florida Bar No. 94235
515 E. Las Olas Blvd., Suite 120
Fort Lauderdale, FL 33301
T:  954-533-4092
E: MEisenband@Eisenbandlaw.com
*Pro Hac Vice*

**Attorneys for Plaintiff and the Putative Class**